UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV 26-05420-MWF (DSRx)** **Date: July 24, 2026**

Title: Kafshi Bennett v. City of Long Beach, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Amy Diaz |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DENYING PLAINTIFF'S MOTION TO REMAND [10]; DENYING WITHOUT PREJUDICE REQUEST FOR LEAVE TO AMEND

Before the Court is Plaintiff Kafshi Bennett's Motion to Remand (the "Motion"), filed on June 17, 2026. (Docket No. 10). Defendants City of Long Beach and Genaro Vega filed an Opposition on July 1, 2026. (Docket No. 12). Plaintiff filed a Reply on July 20, 2026. (Docket No. 17).

The Court read and considered the papers filed in connection with the Motion and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

The First Amended Complaint ("FAC") (Docket No. 1-3) asserts three claims for relief under 42 U.S.C. § 1983. (*See id.* ¶¶ 26–32, 42–46). Accordingly, the Court has jurisdiction over this action under 28 U.S.C. § 1331 and the Motion is **DENIED**.

Plaintiff alternatively seeks leave to amend his FAC to remove his federal claims. Plaintiff's Motion did not include the proposed amended pleading as required by Local Rule 15-1. Though Plaintiff attached the proposed pleading in his Reply, that did not afford Defendants an opportunity to respond. Accordingly, Plaintiff's request for leave to amend the FAC is **DENIED *without prejudice***, and Plaintiff may seek leave to amend in a properly noticed motion that complies with the applicable rules.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV 26-05420-MWF (DSRx)** **Date: July 24, 2026**

Title: Kafshi Bennett v. City of Long Beach, et al.

Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

Pro se litigants are now eligible to receive a login and password for the Court's Case Management/Electronic Case Filing System ("CM/ECF"), so long as they are not incarcerated. Obtaining a login and password to the CM/ECF System allows pro se litigants to receive notification by e-mail when documents are filed in their case. Instructions to sign up for the CM/ECF system are available at https://www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.